# United States District Court
## Violation Notice
(Rev. 1/2019)

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| CS-5 | 9592591 | JOHNSON | 5750 |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense | Offense Charged ☐ CFR ☑ USC ☐ State Code |
|---|---|
| 11/25/2020 10:20AM | TITLE 18 USC 1382 |

Place of Offense: MCAS MIRAMAR BLDG 6240 WESTBOUND ON BAUER ROAD ADJACENT TO MITSHER WAY

Offense Description: Factual Basis for Charge    HAZMAT ☐

TRESPASSING

### DEFENDANT INFORMATION

| Last Name | First Name | MI |
|---|---|---|
| SALAS HERNANDEZ | DANIEL | NMI |

Street Address: [REDACTED]

| Tag No. | State | Year | Make/Model | PASS / Color |
|---|---|---|---|---|
| N/A | N/A | N/A | N/A | N/A |

**APPEARANCE IS REQUIRED**
A ☑ If Box A is checked, you must appear in court. See instructions.

**APPEARANCE IS OPTIONAL**
B ☐ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions.

$ _____ Forfeiture Amount
+ $30 Processing Fee
$ _____ Total Collateral Due

PAY THIS AMOUNT AT www.cvb.uscourts.gov

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

Court Address: _____    Date: _____    Time: _____

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or in lieu of appearance pay the total collateral due.

X Defendant Signature: [signed]

Original - CVB Copy

*9592591*

---

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on 25 NOV, 20 20 while exercising my duties as a law enforcement officer in the SOUTHERN District of CALIFORNIA

I WAS INFORMED BY ANOTHER OFFICER AT MCAS MIRAMARS EAST GATE THAT DANIEL SALAS HERNANDEZ WAS DENIED ACCESS INTO THE INSTALLATION. HE WAS LATER DISCOVERED AT BUILDING 6240 AFTER HE WAS ALREADY TOLD HE WAS NOT ALLOWED IN. HE WAS THEN CITED FOR TRESPASSING THEN RELEASED OFF INSTALLATION.

The foregoing statement is based upon:
☐ my personal observation     ☐ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: _____ Date (mm/dd/yyyy)    Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____ Date (mm/dd/yyyy)    U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle;
CDL = Commercial drivers license;  CMV = Commercial vehicle involved in incident